July 16, 1971.

M. P. No. 1494. NICHOLAS A. PALMIGIANO *v.* FRANCIS A. HOWARD, *Warden.* Respondent directed to file answer to petition for a writ of habeas corpus ad testificandum, articulated by Supreme Court as a petition for the great writ, and therein to *show cause,* if any he has, why the writ should not issue as prayed, said answer to be limited to the following questions:

(1) whether G. L. 1956, §11-7-4, charges a felony or a mis-demeanor, as raised by paragraph 1 of the petition;

(2) whether the imposition of a sentence to be served at the conclusion of a life sentence is ultra vires of the sentencing justice's jurisdiction, as alleged in paragraph 2 of the petition.

*Nichalos A. Palmigiano,* petitioner, pro se. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.